UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 26, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY PENA,<br><br>    Defendant. | Case No. 2:22-mj-00065-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEREMY PENA ,

Case No.  2:22-mj-00065-AC   Charge 18 USC § 1546(a), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   50,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other):   The defendant release is delayed until 04/28/2022 at 9:00 AM.

Issued at Sacramento, California on April 26, 2022, at 3:40 PM.

By: _____
Magistrate Judge Allison Claire